**Registration #:** VA0002509491
**Service Request #:** 1-15193741071

## Mail Certificate

Jordan Pavlow
26A North Washington Avenue
Margate, NJ 08402 United States

**Priority:** Special Handling **Application Date:** June 26, 2026

## Correspondent

**Name:** Jordan Daniel Pavlow
**Email:** jordan@allenpavlow.com
**Telephone:** (484)644-0562
**Address:** 350 Townsend Street, Unit 409
San Francisco, California 94107 United States

**Registration Number**
# VA 2-509-491
**Effective Date of Registration:**
June 26, 2026
**Registration Decision Date:**
June 26, 2026

# Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** June 27, 2024 to June 27, 2024

## Title

**Title of Group:** Multiple-use Mold
**Number of Photographs in Group:** 10

- **Individual Photographs:** 1 Cavity Mold_Photo_01_2024, 4-Cavity Mold_Photo_02_2024, 6-Cavity Mold_Photo_03_2024, 6-Cavity Mold Double Row_Orange_04_2024, 6-Cavity Mold Double Row_Pink_05_2024, 8-Cavity Mold Double Row_Pink_06_2024, 6-Cavity Mold Double Row_Grey_07_2024, 8-Cavity Mold Double Row_Orange_08_2024, 8-Cavity Mold_Photo_09_2024, 9-Cavity Mold_Photo_10_2024
  **Published:** June 2024

## Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** June 27, 2024
**Latest Publication Date in Group:** June 27, 2024
**Nation of First Publication:** United States

## Author

- **Author:** Lihua Ye
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Lihua Ye
No. 299 Dongsheng Tianbian Village, Huanshi, Chancheng District, Foshan City, Guangdong Province, 528000, China

## Rights and Permissions

**Name:** Jordan Pavlow
**Email:** jordan@allenpavlow.com
**Address:** 350 Townsend Street, Unit 409
San Francisco, California 94107 United States

## Certification

**Name:** Jordan Daniel Pavlow
**Date:** June 26, 2026

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.